## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:09cv550

| | | |
|---|---|---|
| SABRINA M. MONROE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **DEFAULT** |
| Vs. | ) | **JUDGMENT** |
| | ) | |
| ALLIED RESOURCES, USA, LTD., | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiff's Motion and Application for Entry of Default Judgment (#8). By way of affidavit and exhibits thereto, plaintiff has shown that she has suffered damages amounting to $120,560.00 due to defendant's violations of Title VII of the Civil Rights Act of 1964, and other provisions of law, as to which default has been earlier entered. In accordance with Rule 55(b), Federal Rules of Civil Procedure, the court has closely reviewed plaintiff's affidavit and exhibits and determined that the damages averred are reasonable and sufficiently supported so as to be reduced to a sum certain.

### JUDGMENT

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered in favor of **SABRINA M. MONROE** and against **ALLIED RESOURCES, USA, LTD.**, in the amount of $120,560.00.

Signed: April 12, 2012

Max O. Cogburn Jr.
United States District Judge